**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION- CHARLOTTESVILLE DOCKET**

**In re:**
    **ERIN M. CALLAS,**                                   **Chapter 13**
                **Debtor**                                       **Case No. 09-63549**

### ORDER RESOLVING OBJECTION TO AMENDED PROOF OF CLAIM

      The Debtor having filed an Objection to Amended Proof of Claim #5 filed on September 3, 2010 by The Bank of New York Mellon ("Claimant"), with a hearing on such Objection scheduled for December 20, 2010 and

      Claimant having discovered one or more errors in the Amended Proof of Claim #5 and having indicated that it intends to file a second Amended Proof of Claim #5, it is

### ORDERED:

      That Claimant shall file such second Amended Proof of Claim #5 within thirty (30) days following the date of entry of this Order, and

      Debtor's said Objection to Claimant's Amended Proof of Claim #5 filed on September 3, 2010 is hereby withdrawn, without prejudice to the rights of the Debtor or other parties in interest to object in whole or in part to the second amended Proof of Claim #5 to be filed by Claimant. It is

### FURTHER ORDERED:

      That Claimant shall not at any time charge or post to the Debtor's mortgage loan account any fee or charge for the preparation, filing, or review of, or negotiations relating to, or responding to discovery relating to, any Proof of Claim or Amended Proof of Claim in this case, and Claimant shall direct BAC Home Loans Servicing, LP, Claimant's loan servicing agent, not to impose any such charge, and shall hold the Debtor harmless therefrom.

      Entered: December 21, 2010

                                                      */s/ William E. Anderson*
                                                      U. S. Bankruptcy Judge

We ask for this:

/s/ Richard D. Shepherd
Richard D. Shepherd, Esq.  VSB #19976
The Law Office of Richard Shepherd
P.O. Box 1045, Troy, VA 22974-1045
(434) 242-0329
Counsel for Debtor

/s/_Stephen B. Wood___
Stephen B. Wood, Esq. VSB#26518
Joseph M. LeNoir, Esq. VSB#75124
Bierman, Geesing, Ward & Wood, LLC
8100 Three Chopt Road, Suite 240
Richmond, VA 23229


Seen; no objection:

/s/ Herbert L. Beskin
Herbert L. Beskin, Esq.
Chapter 13 Trustee
P.O. Box 2103
Charlottesville, VA 22902